UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HOWARD G. PATTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 6:18-CV-02022-MC<br><br><br>ORDER FOR REMAND |

Based upon the stipulation of the parties, the Court hereby ORDERS that the Commissioner's final decision should be remanded for further proceedings before under the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. The ALJ will further evaluate the severity of Plaintiff's impairments; reevaluate the opinion evidence of record; further evaluate Plaintiff's alleged symptoms; reassess Plaintiff's maximum residual functional capacity; and, if warranted, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy.

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

IT IS SO ORDERED this __3rd__ day of __October__, 2019.

　　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant U.S. Attorney
Attorneys for Defendant
(206) 615-2545